UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 09-CR-61

ANTONIO WILLIAMS, aka "Cheem," et al.,

    Defendants.

**ORDER**

This matter comes before the Court on the motion of the United States of America, pursuant to Title 18, United States Code, Section 983(a)(3)(B)(ii)(II), for an order allowing the government to maintain custody of the following seized assets pending resolution of the criminal case:

A.    Miscellaneous items of jewelry seized on or about March 4, 2009 from 3377 South 23$_{rd}$ Street, Milwaukee, Wisconsin.

**WHEREAS**, these seized assets are already in the custody of the government by virtue of process issued in a matter other than this criminal case;

**WHEREAS**, the government has represented to the Court that it will maintain and preserve the seized assets throughout this criminal case so that the assets will be available for possible forfeiture;

**WHEREAS**, when the government commences a criminal forfeiture action containing an allegation that one or more specific items of property are subject to forfeiture, and the government has already seized that property by administrative or civil forfeiture process, the government must, under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II), "take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute;" and

**WHEREAS**, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of the property,

**IT IS HEREBY ORDERED** that, pursuant to Title 21, United States Code, Section 853(e)(1), the United States and its agencies, including the Federal Bureau of Investigation and/or the United States Marshal Service, are authorized to maintain and preserve the seized assets until this criminal case is concluded or pending further order of this Court.

This Court further **CONCLUDES** that this order satisfies the requirements of Title 18, United States Code, Section 983(a)(3)(B)(ii)(II).

**SO ORDERED** this 14th day of July, 2009, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge