# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        **-vs-**

**Case No. 09-CR-61**

**ANTONIO WILLIAMS, et al.,**

        Defendants.

## ORDER

Before the Court are motions filed by numerous defendants in this action. Magistrate Judge William E. Callahan, Jr. rendered a decision on January 27, 2010, recommending the dismissal of all pending motions.

The Court has read the Recommendation, the objections to that Recommendation, and the government's response. The Court adopts the conclusions reached by Magistrate Judge Callahan, and the rationale supporting same and rules as follows:

1. Defendant Shurn's motion to dismiss Count 10 [D. 255] is **DENIED** as moot;

2. Defendant Young's motion to dismiss Count 11 [D. 264] is **DENIED** as moot;

3. Defendant Bailey's motion to dismiss Count 12 [D265] is **DENIED** as moot;

4. Defendant Stewart's motion to dismiss Count 13 [D263] is **DENIED** as moot;

5. Defendant Shurn's request for notice of intent to introduce evidence [D. 257], motion for preservation of notes [D.258], motion to identify destroyed evidence [D. 259], and motion to allow filing of additional motions [D. 261] are **DENIED**;

6. Defendant Love's motion for a bill of particulars is **DENIED**;

7. Defendant Barney's motion for a bill of particulars is **DENIED**;

8. Defendant Dajuan Green's motion to suppress [D. 267] is **DENIED.**

9. Defendant Garner's motion to suppress [D. 266] is **DENIED.**

Dated at Milwaukee, Wisconsin, this 11th day of May, 2010.

**SO ORDERED,**

*s/ Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**